UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACK KASE, ET AL                                         CIVIL ACTION

VERSUS                                                   NO. 08-3854

CREDITORS INTERCHANGE                                    SECTION "N"
RECEIVABLES MANAGEMENT, ET AL

J U D G M E N T

More than 120 days have elapsed since the filing of the complaint in this action and counsel for plaintiff has failed to show good cause why service of process has not been effected upon the defendants, Creditors Interchange Receivables Management, LLC and John Grassy in accordance with the Court's Order of October 6, 2008; accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of plaintiff against defendants, Creditors Interchange Receivables Management, LLC and John Grassy are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.  See Redding v. Essex Crane Rental Corp. of Alabama, 752 F.2nd 1077 (5th. Cir. 1985).

New Orleans, Louisiana, this  19th  day of November, 2008.

                                            KURT D. ENGELHARDT
                                    UNITED STATES DISTRICT JUDGE